**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DEANNE EVANS,

    Plaintiff,

v.                                      Case No: 5:23-cv-702-JSM-PRL

CIRCLE K STORES, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is Defendant's Response to Show Cause Order (Dkt. 11). An Order to Show Cause was entered because the parties failed to file a Notice of Mediation within the time prescribed in the Case Management and Scheduling Order. Defendant attaches to its response, a Notice of Voluntary Dismissal with Prejudice filed by Plaintiff on May 20, 2024, in the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida This action was removed from circuit court on March 23, 2023. Defendant states that Plaintiff failed to file the notice of voluntary dismissal in the correct jurisdiction and with the correct court.   This Court acknowledges Plaintiff's request to dismiss this action with prejudice.   Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of September, 2024.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

2